THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No. 2:13-cv-2175<br><br>COLUMBIA SPORTSWEAR'S CORPORATE DISCLOSURE STATEMENT |

In accordance with FRCP 7.1, Plaintiff discloses as follows: Plaintiff Columbia Sportswear North America, Inc. is owned 100 percent by Columbia Sportswear Company, which is a publicly held corporation. Columbia Sportswear Company is the ultimate and only corporate parent of Columbia Sportswear North America, Inc., and it is the only publicly held corporation that holds more than 10 percent of the stock of Columbia

/ / /

/ / /

/ / /

/ / /

/ / /

COLUMBIA'S CORPORATE DISCLOSURE STATEMENT - 1
No. 2:13-cv-2175

PDX\106477\192966\DZN\12894977.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

1 | Sportswear North America, Inc.

2 |     Dated this 4th day of December, 2013.

3 |                         SCHWABE, WILLIAMSON & WYATT, P.C.

4 |                         By:  s/ Devon Zastrow Newman
5 |                              David W. Axelrod, *pro hac vice pending*
                                 Email: daxelrod@schwabe.com
6 |                              Devon Zastrow Newman, WSBA #36462
                                 Email: dnewman@schwabe.com
7 |                              1211 S.W. 5th Avenue, Suite 1600
                                 Portland, OR 97204
8 |                              Telephone: 503.222.9981
                                 Facsimile: 503.796.2900

9 |                              Attorneys for Plaintiff,
10 |                             Columbia Sportswear North America, Inc.

11 |                             Trial Attorney:  David W. Axelrod

12 |

...

26 |

COLUMBIA'S CORPORATE DISCLOSURE STATEMENT - 2
No. 2:13-cv-2175
PDX\106477\192966\DZN\12894977.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981