THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No. 2:13-cv-2175-RSM<br><br>NOTICE OF APPEARANCE OF MATTHEW TURETSKY |

Matthew Turetsky of Schwabe, Williamson & Wyatt, hereby appears as counsel of record for Plaintiff Columbia Sportswear North America, Inc. in the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE OF TURETSKY - 1
No. 2:13-cv-2175-RSM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
u.s. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\106477\192966\MAT\12925070.1

Dated this 6th day of December, 2013.

          SCHWABE, WILLIAMSON & WYATT, P.C.

By: <u>s/ Matthew Turetsky</u>
    Matthew Turetsky, WSBA #23611
    Email: mturetsky@schwabe.com
    1420 Fifth Avenue, Suite 3400
    Seattle, WA 98101-4010
    Telephone: 206.622.1711
    Facsimile: 206.292.0460

    David W. Axelrod, *pro hac vice pending*
    Email: daxelrod@schwabe.com
    Devon Zastrow Newman, WSBA #36462
    Email: dnewman@schwabe.com
    1211 S.W. 5th Avenue, Suite 1600
    Portland, OR 97204
    Telephone: 503.222.9981
    Facsimile: 503.796.2900

    Attorneys for Plaintiff,
    Columbia Sportswear North America, Inc.

    Trial Attorney:  David W. Axelrod

NOTICE OF APPEARANCE OF TURETSKY - 2
No. 2:13-cv-2175-RSM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
u.s. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\106477\192966\MAT\12925070.1