THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLUMBIA SPORTSWEAR COMPANY, an Oregon corporation, COLUMBIA SPORTSWEAR NORTH AMERICA, INC., an Oregon corporation, and COLUMBIA SPORTSWEAR USA CORPORATION, an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br><br>Defendant. | Case No. 2:13-cv-2175-RSM<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

TO:   The Clerk of the Court

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that Plaintiffs Columbia Sportswear Company, Columbia Sportswear North America, Inc., and Columbia Sportswear USA Corporation hereby dismiss the above-entitled action without prejudice.  Defendant has filed neither an answer nor a motion for summary judgment herein.

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 1
No. 2:13-cv-2175-RSM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

PDX\106477\192966\DZN\15207729.1

1   The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

2   Dated this 12th day of January, 2015.

3   SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Devon Zastrow Newman
David W. Axelrod, *appearing pro hac vice*
Email: daxelrod@schwabe.com
Devon Zastrow Newman, WSBA #36462
Email: dnewman@schwabe.com
1211 S.W. 5th Avenue, Suite 1600
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Matthew Turetsky, WSBA #23611
Email: mturetsky@schwabe.com
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711
Facsimile: 206.292.0460

Attorneys for Plaintiff,
Columbia Sportswear Company,
Columbia Sportswear North America, Inc.,
and Columbia Sportswear USA Corporation

Trial Attorney:  David W. Axelrod

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 2
No. 2:13-cv-2175-RSM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

PDX\106477\192966\DZN\15207729.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2015, I caused to be served the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

**Derek Linke**
Email: linke@newmanlaw.com
**Derek Alan Newman**
Email: Derek@newmanlaw.com
NEWMAN & DU WORS LLP
1201 3rd Avenue, Suite 1600
Seattle, WA 98101

**Eric M Jaegers**
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Email: eric.jaegers@troutmansanders.com

**Matthew D Murphey**
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Email: matt.murphey@troutmansanders.com

**Paul E McGowan**
TROUTMAN SANDERS
600 Peachtree Street, NE, Suite 5200
Atlanta, GA 30308-2216
Email: paul.mcgowan@troutmansanders.com

Of Attorneys for Defendant Seirus Innovative Accessories, Inc.

                                              s/ Devon Zastrow Newman
                                              Devon Zastrow Newman

NOTICE OF DISMISSAL WITHOUT PREJUDICE - 3
No. 2:13-cv-2175-RSM

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503-222-9981

PDX\106477\192966\DZN\15207729.1